TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 598-7863
Fax: (202) 305-0506
daniel.luecke@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; and the CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; JARED BYBEE, in his official capacity as Field Manager of the Bureau of Land Management Bristlecone Field Office; and ALICIA STYLES, in her official capacity as Acting Field Manager of the Bureau of Land Management Caliente Field office,[1]<br><br>Defendants. | Case No. 2:23-cv-00435-CDS-DJA<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, Defendants request that the Court extend their deadline to respond to Plaintiffs' Complaint by 7 days beyond the default 60 days from service provided under Federal Rule of Civil Procedure 12(a)(2). Defendants' present deadline to respond to the Complaint is May 26, 2023. The new deadline to respond would be June 2, 2023. Counsel for Plaintiffs states that Plaintiffs do not oppose this request. Good cause exists for this request because Defendants require additional time to evaluate the Complaint. This is Defendants' first request for an extension of time to respond to the Complaint.

---

[1] By operation of Fed. R. Civ. P. 25(d), Alicia Styles is automatically substituted for former Field Manager Shirley Johnson as a defendant.

Respectfully submitted this 22nd day of May 2023.

TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

*/s/ Daniel C. Luecke*
Daniel C. Luecke
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-7863
Fax: (202) 305-0506
Email: daniel.luecke@usdoj.gov


IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 23, 2023