1    TODD KIM
     Assistant Attorney General
2
     DANIEL LUECKE
3    CA Bar No. 326695
     Trial Attorney
4    Natural Resources Section
     United States Department of Justice
5    P.O. Box 7611
     Washington, D.C. 20044-7611
6    (202) 598-7863
     daniel.luecke@usdoj.gov
7
     *Attorneys for Federal Defendants*
8
     SCOTT LAKE
9    NV Bar No. 15765
     CENTER FOR BIOLOGICAL DIVERSITY
10   P.O. Box 6205
     Reno, NV 89513
11   Phone: (802) 299-7495
     Email: slake@biologicaldiversity.org
12
     *Attorney for Plaintiffs*
13
                    **UNITED STATES DISTRICT COURT**
14
                         **DISTRICT OF NEVADA**
15

16   WESTERN WATERSHEDS PROJECT and
     the CENTER FOR BIOLOGICAL
17   DIVERSITY,

18              Plaintiffs,

19         v.                                    Case No. 2:23-cv-435-CDS-DJA

20   U.S. DEPARTMENT OF THE INTERIOR,
     BUREAU OF LAND MANAGEMENT,           **JOINT MOTION TO AMEND**
21   JARED BYBEE in his official capacity as  **SCHEDULING ORDER AND EXTEND**
     Field Manager of the Bureau of Land    **DEADLINE FOR DISPOSITIVE**
22   Management Bristlecone Field Office, and  **MOTIONS**
     ALICIA STYLES, in her official capacity
23   as Acting Field Manager of the Bureau of Land
     Management Caliente Field Office,
24
                Defendants.
25

26

27

                                    1

Plaintiffs and Federal Defendants respectfully move to amend the scheduling order and extend the current deadline for dispositive motions in this case.  In support of this request, the Parties state as follows:

On July 24, 2023, the Court granted in part the Parties' proposed discovery plan and scheduling order.  ECF No. 12. The Parties' schedule addressed briefing deadlines for Plaintiffs' motion for preliminary injunction.  The Parties agreed to propose a revised schedule for production of the administrative record and merits briefing once the Court resolved the motion for preliminary injunction.  In its scheduling order, the Court also added a December 29, 2023, deadline by which the Parties must submit dispositive motions. *Id.*

On October 18, 2023, the Court denied Plaintiffs' motion for preliminary injunction. Plaintiffs have opted not to appeal the Court's decision.

Plaintiffs and Federal Defendants have conferred and jointly propose the following amended schedule for production of the administrative record, resolution of any record disputes, and briefing the merits:

1. Federal Defendants shall serve the administrative record on Plaintiffs' counsel by January 12, 2024.

2. After Federal Defendants serve the administrative record on Plaintiffs' counsel, the Parties will endeavor to resolve any outstanding issues or disputes regarding the content of the administrative record. Plaintiffs agree to confer with Federal Defendants regarding any record disputes on or before February 16, 2024.

3. Federal Defendants shall certify and lodge the administrative record with the Court and serve that administrative record on Plaintiffs' counsel by February 23, 2024.

4.   Plaintiffs shall file any motion objecting to the content of the administrative record or seeking to supplement the record by March 15, 2024.  Federal Defendants reserve the right to oppose any such motions.  If such a motion is filed, the remainder of the schedule set out below is vacated and the Parties will submit a new proposed scheduling order within 21 days of the Court's order on the contents of the administrative record.

5.   If no motions related to the administrative record are filed, Plaintiffs shall file their motion for summary judgment and memorandum in support by March 22, 2024. The supporting memorandum shall not exceed 35 pages.

6.   Federal Defendants shall file their combined response to Plaintiffs' motion and cross-motion for summary judgment by May 3, 2024. The supporting memorandum shall not exceed 35 pages.

7.   Plaintiffs shall file their combined reply in support of summary judgment and response to Federal Defendant's cross-motion for summary judgment by May 31. The supporting memorandum shall not exceed 30 pages.

8.   Federal Defendants shall file their reply in support of summary judgment by June 28. The supporting memorandum shall not exceed 30 pages.

Respectfully submitted this 11th day of December, 2023.

TODD KIM
Assistant Attorney General

/s/ Daniel Luecke
DANIEL LUECKE (CA Bar No. 326695)
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611

3

Washington, D.C. 20044-7611
(202) 353-1389
daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Scott Lake*
SCOTT LAKE (NV Bar No. 15765)
Center For Biological Diversity
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

*Attorney for Plaintiffs*

**IT IS SO ORDERED** that the parties' joint motion (ECF No. 20) is GRANTED.

DATED: 12/13/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4

1    IT IS SO ORDERED

2

3    DATED this 11th day of December, 2023.

4

5                                                    _____
                                                     Daniel J. Albregts
6                                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

### **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, I electronically filed the foregoing using the CM/ECF system, which will automatically send email notification to the attorneys of record.

        */s/ Daniel Luecke*
DANIEL LUECKE