TODD KIM
Assistant Attorney General

DANIEL LUECKE (Bar No. 326695)
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-7863
daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and the CENTER FOR BIOLOGICAL DIVERSITY,<br>                    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JARED BYBEE in his official capacity as Field Manager of the Bureau of Land Management Bristlecone Field Office, and ALICIA STYLES, in her official capacity as Acting Field Manager of the Bureau of Land Management Caliente Field Office,<br><br>                    Defendants. | Case No. 2:23-cv-435-CDS-DJA<br><br>**UNOPPOSED MOTION FOR SEVEN DAY EXTENSION OF TIME TO LODGE ADMINISTRATIVE RECORD** |

Federal Defendants respectfully move to extend the deadline to lodge the administrative record with the Court, currently February 23, 2024, by seven days to March 1, 2024. Federal Defendants require this additional time to account for anticipated medical leave of counsel. The parties have conferred regarding this matter and Plaintiffs do not oppose Federal Defendants' motion. This is the first motion for an extension of time to file the administrative record.

1

1    Respectfully submitted this 19th day of February 2024.

2                                              TODD KIM
                                               Assistant Attorney General
3                                              U.S. Department of Justice
                                               Environment and Natural Resources Division
4

5                                              */s/ Daniel C. Luecke*
                                               DANIEL C. LUECKE
6                                              Trial Attorney (CA Bar 326695)
                                               Natural Resources Section
7                                              P.O. Box 7611, Ben Franklin Station
                                               Washington, D.C. 20044
8                                              (202) 598-7863 | (202) 305-0506 (fax)
                                               daniel.luecke@usdoj.gov
9

10                                             *Counsel for Federal Defendants*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WESTERN WATERSHEDS PROJECT and
the CENTER FOR BIOLOGICAL
DIVERSITY,

     Plaintiffs,

  v.

U.S. DEPARTMENT OF THE INTERIOR,
BUREAU OF LAND MANAGEMENT,
JARED BYBEE in his official capacity as
Field Manager of the Bureau of Land
Management Bristlecone Field Office, and
ALICIA STYLES, in her official capacity
as Acting Field Manager of the Bureau of Land
Management Caliente Field Office,

     Defendants.

Case No. 2:23-cv-435-CDS-DJA

**ORDER GRANTING
UNOPPOSED MOTION FOR SEVEN
DAY EXTENSION OF TIME TO
LODGE ADMINISTRATIVE RECORD**

This matter comes before the Court on Federal Defendants' Unopposed Motion for Seven Day Extension of Time to Lodge Administrative Record. Having considered the motion, the Court finds that good cause exists for the requested extension and consequently grants the motion.

IT IS THEREFORE ORDERED that Federal Defendants shall have until March 1, 2024, to lodge the administrative record with the Court.

ORDERED: February 20, 2024.

                          _____

                          Daniel J. Albregts
                          United States Magistrate Judge

1