SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants | Case No: 2:23-cv-00435-CDS-DJA<br><br>**Order Granting JOINT MOTION TO RESCHEDULE HEARING**<br><br>*First Request*<br><br>[ECF No. 31] |

A hearing on the Parties' cross-motions for summary judgment, ECF 25, 26, is currently scheduled for Thursday, January 23, 2025. ECF 30. However, Plaintiff's counsel has several preexisting commitments during the month of January which make it unduly burdensome to appear on that date. Accordingly, counsel for Plaintiffs and Defendants jointly request that the Court reschedule the hearing. Counsel for Plaintiffs and Defendants have conferred and are are available to appear for the hearing on February 18-20, 2025, March 10-13, 2025, and March 25-26, 2025. This is the first requested extension of the hearing date.

Dated January 8, 2025

Respectfully submitted,

/s/ Scott Lake
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

/s/ Daniel Luecke
Daniel Luecke (CA Bar No. 326695)
Trial Attorney, Natural Resources
Section Ben Franklin Station, P.O. Box 7611 Washington, D.C. 20044-7611
Telephone: 202-598-7863
Email: daniel.luecke@usdoj.gov

It is ordered that the parties' joint motion to reschedule **[ECF No. 31] is GRANTED**. The January 23, 2025, motions hearing is vacated and rescheduled to February 19, 2025, at 10:00 a.m. in LV Courtroom 6B.

Dated: January 8, 2025

_____
Cristina D. Silva
United States District Judge

2